IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAIME CHAVEZ, #220668, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-1044-WHA |
| ANTHONY PARKER, | ) |
| Defendant. | ) |

## **ORDER**

On February 19, 2020, the Magistrate Judge entered a Recommendation (Doc. #13) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address and adequately prosecute this case as ordered by this court.

A separate Final Judgment will be entered.

DONE this 13th day of March, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE